■ MORRIS C. GURNEE, Appellant, v AETNA LIFE AND CASUALTY COMPANY, Respondent.—Order unanimously affirmed, with costs, on the

opinion at Special Term (104 Misc 2d 840). Motion to strike appendix from respondent's brief denied. (Appeal from order ·of Erie Supreme Court—dismiss complaint.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.